**Order entered January 22, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00075-CR

**WINTER KAY ARTHUR, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 2**
**Kaufman County, Texas**
**Trial Court Cause No. 16-30605-CC2-M**

## ORDER

Before the Court is the State of Texas's motion to extend time to file brief tendered. We **GRANT** the motion and **ORDER** the brief tendered to the Clerk of the Court January 16, 2019 filed as of the date of this order.

We note that by order dated December 12, 2018 we directed appellant to file, no later than December 21, 2018, a certification stating whether she agreed with the State's position that "part 002" of State's amended Exhibit 4 was not admitted into evidence or played for the jury and should be stricken. We cautioned that if appellant failed to respond we would abate the appeal to allow the trial court to conduct a hearing as to the accuracy of the exhibit. To date, appellant has not responded. Accordingly, we **ORDER** the Honorable Bobby Rich, Presiding Judge of Kaufman County Court at Law No. 2, to conduct a hearing to determine whether "part

002" of State's amended Exhibit 4 was admitted into evidence or played to the jury. Judge Rich shall make written findings of fact and have them filed in a supplemental clerk's record no later than February 25, 2019.

We **DIRECT** the Clerk of the Court to send a copy of this order to Judge Rich, Kaufman County Clerk Laura Hughes, and the parties.

We **ABATE** the appeal to allow the trial court an opportunity to comply with this order. The appeal will be reinstated no later than March 4, 2019.

/s/     BILL PEDERSEN, III
        JUSTICE